IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | 1:07cr144 |
| DANASCHIO DONTE MURPHY | ) | |

## ORDER

On November 15, 2007, the Court set bond for the above defendant in the amount of $10,000.00, secured by ten percent (10%) cash. The conditions of defendant's release included a direction that defendant refrain from the use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner.

At a hearing held December 20, 2007, the Defendant, DANASCHIO DONTE MURPHY, admitted violating conditions of his bond while on release, therefore

IT IS ORDERED that the defendant's bond is REVOKED, and that pursuant to Fed.R.Crim.P. 46(f)(1), the appearance bond in the amount of $10,000.00 secured by $1000.00 cash is hereby forfeited to the United States. Defendant is remanded to the custody of the United States Marshal pending sentencing.

SO ORDERED this 21st day of December, 2007, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE